# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| COLUMBUS HILL CAPITIAL MANAGEMENT, L.P.,<br><br>                    Appellant,<br><br>v.<br><br>MALLINCKRODT PLC, *et al.*<br><br>                    Appellees. | Case No. 22-cv-330 (TLA) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case as counsel to Columbus Hill Capital Management, L.P. and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the counsel identified below at the following addresses:

Brian M. Gottesman, Esq.
**GABELL BEAVER LLC**
1207 Delaware Avenue, Unit 2
Wilmington, DE 19806
Telephone:  302-262-1500
E-mail:  bgottesman@gabellbeaver.com

Paul N. Silverstein
Brian M. Clarke
Philip M. Guffy
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
Email: paulsilverstein@huntonak.com
          brianclarke@huntonak.com
          pguffy@huntonak.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.  The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: April 15, 2022
   Wilmington, DE

Respectfully submitted,

_____
Brian M. Gottesman, Esq.
(DE Bar ID No. 4404)
**GABELL BEAVER LLC**
1207 Delaware Avenue, Unit 2
Wilmington, DE 19806
Telephone: (302) 772-4291
E-mail: bgottesman@gabellbeaver.com

-and-

Paul N. Silverstein
Brian M. Clarke
Philip M. Guffy
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
Email: paulsilverstein@huntonak.com
   brianclarke@huntonak.com
   pguffy@huntonak.com

*Counsel to Columbus Hill Capital Management, L.P.*