IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC.,<br><br>Debtors.[1]<br><br><br>AD HOC FIRST LIEN NOTES GROUP,<br><br>Appellant,<br><br>v.<br><br>MALLINCKRODT PLC., *et al*.<br><br>Appellees. | Chapter 11<br><br>Case No.: 20-12522 (JTD)<br><br>(Jointly Administered)<br><br><br>Civ. Action No. 22-cv-00330-TLA |

Entry of Appearance

PLEASE ENTER the appearance of Karen M. Grivner, Esq. of Clark Hill, PLC as counsel for BOKF, N.A., solely in its capacity as Successor Trustee, in the above-captioned matter.

Dated: 4/15/2022

By: *Karen M. Grivner*
Karen M. Grivner, Esq. (DE No. 4372)
CLARK HILL PLC
824 N. Market Street, Suite 710 Wilmington, DE 19801
Telephone: (302) 250-4749
Facsimile: (302) 421-9439
Email: kgrivner@clarkhill.com

---

[1] A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.